UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-80889-MIDDLEBROOKS/JOHNSON

THERESA BROWN, as Personal
Representative of the Estate of
JOHNNY BROWN, Deceased,

      Plaintiff,

v.

PRATT & WHITNEY, a Division of
United Technologies Corporation, a
foreign corporation, and RANDEE
VANVLEET,
      Defendants.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the parties Joint Stipulation of Dismissal with Prejudice (DE 6). The Court having been advised that all claims and causes of action between or among the parties have been amicably resolved, it is hereby,

ORDERED AND ADJUDGED that the above-captioned case is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees except as otherwise agreed by the parties. All pending motions are denied as moot.[1] The Clerk shall CLOSE THIS CASE.

DONE AND ORDERED in the Southern District of Florida this 15 day of September, 2011.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record

---

[1] Specifically DE 3, Defendant's Motion to Dismiss.